FILED

05/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0059

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA-21-0059

STATE OF MONTANA,                    )
                                     )
    Plaintiff and Appellee,          )          **ORDER**
                                     )
v.                                   )
                                     )
THOMAS RICHARD FERRIS                )
                                     )
    Defendant and Appellant.         )
                                     )

Upon consideration of the motion by Defendant and Appellant Thomas Richard Ferris for an extension of time until June 30, 2022 in which to file and serve his Reply Brief and there being no objection from the State of Montana;

It is hereby ORDERED that Defendant and Appellant's Reply Brief shall be filed and served by June 30, 2022.

No further extensions will be granted.

The Clerk is directed to mail true copies of this order to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 13 2022